**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Scott DAVIS, Jr.,
Defendant–Appellant.**

**No. 15–4702.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

William Scott Davis, Jr., Appellant Pro Se. Barbara Dickerson Kocher, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., seeks to appeal the district court's order denying 33 motions in his pending criminal matter. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Davis' motions to appoint counsel and for emergency eye surgery and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*